UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Granite Investment Group, Inc. and Granite Round Rock, LLC, *Plaintiffs*, | § § § § |
| v. | §  Case No. 1-24-CV-00310-JRN |
| Everest Indemnity Insurance Company and Westchester Surplus Lines Insurance Company, *Defendants*. | § § § § § |

**FINAL JUDGMENT**

On February 18, 2025, the parties dismissed this action with prejudice by filing a joint stipulation of dismissal. Dkt. 21. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, this action has been dismissed **WITH PREJUDICE**, and the Court enters the following final judgment under Federal Rule of Civil Procedure 58.

It is **ORDERED** that all relief not expressly granted is hereby **DENIED**.

It is further **ORDERED** that all pending motions are **MOOT**.

It is further **ORDERED** that each party bears its own costs.

It is finally **ORDERED** that this action is hereby **CLOSED**.

SIGNED on February 18, 2025.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE